# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM J. DAVIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION 05-0641-WS-C** |
| ) | |
| **GREAT SOUTHERN WOOD** ) | |
| **PRESERVING, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT

In accordance with the Order entered on this date, granting defendant's Motion for Summary Judgment (doc. 21), it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 29th day of January, 2007.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE